Ernst H. Pirkner, Appellant, *v.* Great Atlantic & Pacific Tea Company, Respondent.

Supreme Court, Appellate Term, First Department, April 21, 1939.

*Leo D. Politzer* [*Morris Pottish* of counsel], for the appellant.

*E. C. Sherwood* [*Richard J. Relyea* of counsel], for the respondent.

Per Curiam. As the order appealed from is a mere ruling of the trial court it is not appealable. (*Kramer* v. *United States F. & G. Co.*, 212 App. Div. 644.) Subdivision 7 of section 154 of the Municipal Court Code, providing for appeal by permission from " any other order " than those specifically appealable under said section, does not warrant an appeal by permission from a mere ruling on the trial.

Appeal dismissed and cause remitted to the court below for trial.

All concur. Present — McCook, Hammer and Frankenthaler, JJ.